UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>CHRIS D. LEWIS, JR.,<br>    Defendant. | CRIMINAL NO. 5:19-52-KKC<br><br><br>**ORDER** |

*** *** ***

This matter is before the Court on a recommended disposition in which the magistrate judge makes certain recommendations regarding the defendant's admitted violations of the terms of his supervised release (DE 47). No party has filed objections to the recommendation, but the defendant preserved his right of allocution.

Accordingly, the Court hereby ORDERS that the recommended disposition (DE 47) is ADOPTED as the Court's opinion. The Court further orders that this matter is set for an allocution hearing on APRIL 20, 2023 at 10:30 a.m. in Lexington Kentucky. If the defendant files a signed waiver of allocution in the record before that date, the Court will cancel the hearing date and promptly enter a judgment consistent with the magistrate judge's recommendation.

This 11th day of April, 2023.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY